CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AFL—CIO
_____
Plaintiff(s)


Civil Action No. __1:08—CV—00069__

vs.
Judge Colleen Kollar-Kotelly


Elaine L. Chao
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ahuva Battams_____, hereby state that:

On the __15_____ day of ____January_____, __2008___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Michael Mukasey
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

I have received the receipt for the certified mail, No. _7007 0710 0005 1705 3669_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __23_____ day of ____January_____, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.


____2/1/08_____                    _____
(Date)                                                  (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Samuel Fire_    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

JAN 2 8

1. Article Addressed to:

Michael Mukasey
US Department of Justice
950 Pennsylvania Ave NW

Washington DC 20530

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

JAN 9 8 2008

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0005 1705 3669

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540