CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__AFL-CIO__
Plaintiff(s)

vs.

Civil Action No. 1:08-CV-00069
Judge Colleen Kollar-Kotelly

__Elaine L. Chao__
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ahuva Battams__, hereby state that:

On the __15__ day of __January__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Jeffery A. Taylor
> United States Attorney's Office
> 555 4th Street, NW
> Washington, DC 20530

I have received the receipt for the certified mail, No. __7007 0710 0005 1705 3676__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __23__ day of __January__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__2/1/08__
(Date)

_(signature)_
(Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emily Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>JAN 2 3 2008 |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>United States Atty's Office<br>555 4th St NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 0710 0005 1705 3676 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540