CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AFL-CIO
Plaintiff(s)

vs.

Civil Action No. 1:08-CV-00069
Judge Colleen Kollar-Kotelly

Elaine L. Chao
Defendant(s)

### AFFIDAVIT OF MAILING

I, Ahuva Battams, hereby state that:

On the 15 day of January, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Elaine Chao
> United States Secretary of Labor
> 200 Constitution Ave., NW
> Washington, DC 20210

I have received the receipt for the certified mail, No. 7007 0710 0005 1705 3683 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22 day of January, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

2/1/08

(Date)

(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Elaine Chao
    United States Secretary of Labor
    200 Constitution Ave NW
    Washington DC 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 1/22/08

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0005 1705 3683

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540