CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__AFL-CIO__
   Plaintiff(s)

vs.

Civil Action No. 1:08-CV-00069
Judge Colleen Kollar-Kotelly

__Elaine L. Chao__
   Defendant(s)

### AFFIDAVIT OF MAILING

I, __Ahuva Battams__, hereby state that:

On the __15__ day of __January__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Elaine Chao
> United States Secretary of Labor
> 200 Constitution Ave., NW
> Washington, DC   20210

I have received the receipt for the certified mail, No. __7007 0710 0005 1705 3683__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __22__ day of __January__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__2/1/08__
(Date)

_(Signature)_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elaine Chao
   United States Secretary of Labor
   200 Constitution Ave NW
   Washington DC 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
[signature]                       1/22/08

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0005 1705 3683

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540