CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AFL-CIO
_____
Plaintiff(s)

vs.

Civil Action No. 1:08-CV-00069
Judge Colleen Kollar-Kotelly

Elaine L. Chao
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ahuva Battams_____, hereby state that:

On the __15__ day of __January__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Jeffery A. Taylor
> United States Attorney's Office
> 555 4th Street, NW
> Washington, DC 20530

I have received the receipt for the certified mail, No. __7007 0710 0005 1705 3676__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __23__ day of __January__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__2/1/08__  
(Date)

_____  
(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JAN 2 3 2008 |
| 1. Article Addressed to:<br>Jeffrey A. Taylor<br>United States Atty's Office<br>555 4th St NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0005 1705 3676 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540