UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>      Plaintiff,<br><br>      v.<br><br>ELAINE L. CHAO,<br>Secretary, United States Department of Labor,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:08-cv-00069 (CKK) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that TARA M. La MORTE, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for Defendant. Ms. La Morte appears in this action pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia. Pursuant to LCvR 83.2(j), undersigned counsel certifies that she has familiarized herself with the Local Civil Rules of this Court.

                            Respectfully submitted,

                            JEFFREY BUCHOLTZ
                            Acting Assistant Attorney General
                            RICHARD G. LEPLEY
                            Assistant Branch Director, Civil Division, Federal Programs Branch

                             */s/ Tara M. La Morte*
                            TARA M. La MORTE
                            Trial Attorney

        Civil Division, Federal Programs Branch
        United States Department of Justice
        20 Massachusetts Ave., N.W., Room 7326
        Washington, D.C.  20530
        Telephone:  (202) 514-1275
        Facsimile:   (202) 616-8202
        Email: tara.lamorte@usdoj.gov

*Attorneys for Defendant*