UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELAINE L. CHAO,<br>Secretary, United States Department of Labor,<br><br>　　　　Defendant. | Case No. 1:08-cv-00069 (CKK) |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

Plaintiff, American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO"), filed on January 14, 2008 its three-count Complaint challenging under the Administrative Procedure Act, 5 U.S.C. § 500, *et seq.*, a final rule promulgated by the Secretary of Labor. Plaintiff perfected service on the United States Attorney for the District of Columbia on or about January 23, 2008, triggering Defendant's obligation to file an answer pursuant to Federal Rule of Civil Procedure 12(a)(2) on or about March 24, 2008. Because the parties agree that cross-motions for summary judgment under Fed. R. Civ. P. 56 will most efficiently and expeditiously resolve this dispute, the parties jointly move for the Court to adopt the following proposed briefing schedule to govern the filing of cross-motions for summary judgment on Plaintiff's Complaint. The parties have agreed to extend the time by which the United States should file an Answer under Rule 12(a)(4)(A), if necessary, until the Court rules on the cross-motions for summary judgment.

**Proposed Briefing Schedule**

| FILING | FILING DEADLINE |
|---|---|
| Plaintiff files motion for summary judgment | March 18, 2008 |
| Defendant files opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment | April 22, 2008 |
| Plaintiff files reply in support of motion for summary judgment and opposition to Defendant's cross-motion for summary judgment | May 27, 2008 |
| Defendant files reply in support of its cross-motion for summary judgment | June 24, 2008 |

For the foregoing reasons, the parties jointly move for the entry of the proposed briefing schedule.

Respectfully submitted,

/s/ *James B. Coppess*
JAMES B. COPPESS
DC Bar #347427
AFL-CIO
815 Sixteenth St., NW
Washington, DC 20006
(202)-637-5337
Email: jcoppess@aflcio.org

*Attorney for Plaintiff*

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

/s/ *Tara M. La Morte*
TARA M. La MORTE
RICHARD G. LEPLEY (DC Bar#332346)
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7326
Washington, D.C. 20530
Telephone: (202) 514-1275
Facsimile: (202) 616-8202
Email: tara.lamorte@usdoj.gov

*Attorneys for Defendant*