UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, United States Department of Labor, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00069 (CKK) |

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION
FOR ENTRY OF BRIEFING SCHEDULE**

Based on the parties' joint motion for entry of a briefing schedule, it is hereby

ORDERED that the parties' joint motion for entry of a briefing schedule is GRANTED. The briefing schedule proposed in the parties' joint motion is hereby adopted, and the defendant's time to file an answer to the Complaint, if necessary, is extended until after a ruling on any motions for summary judgment filed in accordance with this Order.

Accordingly, it is hereby

ORDERED that the parties file the following filings by the associated deadline:

| FILING | FILING DEADLINE |
|---|---|
| Plaintiff files motion for summary judgment | March 18, 2008 |
| Defendant files opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment | April 22, 2008 |
| Plaintiff files reply in support of motion for summary judgment and opposition to Defendant's cross-motion for summary judgment | May 27, 2008 |

| Defendant files reply in support of its cross-motion for summary judgment | June 24, 2008 |

Dated this _____ day of _____, 2008.

BY THE COURT:

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE