UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS,

   Plaintiff,

     v.

ELAINE L CHAO,
Secretary, United States Department of Labor,

   Defendant.

Civil Action No. 08-069 (CKK)

**ORDER GRANTING PARTIES' JOINT MOTION
FOR ENTRY OF BRIEFING SCHEDULE**
(February 21, 2008)

     Based on the Parties' Joint Motion for Entry of a Briefing Schedule, it is hereby ORDERED that the Parties' Joint Motion for Entry of a Briefing Schedule is GRANTED. The briefing schedule proposed in the Parties' Joint Motion is hereby adopted, and the defendant's time to file an answer to the Complaint, if necessary, is extended until after a ruling on any motions for summary judgment filed in accordance with this Order.

Accordingly, it is hereby

     ORDERED that the Parties file the following by the associated deadline:

1. Plaintiff files Motion for Summary Judgment **March 18, 2008**;

2. Defendant files Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment **April 22, 2008**;

3. Plaintiff files Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Cross-Motion for Summary Judgment **May 27, 2008**;

4. Defendant files Reply in support of its Cross-Motion for Summary Judgment **June 24, 2008**.

Because of the generous briefing schedule, no further extensions.

The parties shall also comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1.  The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules.  *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied.  The responding party should include any information relevant to its response in that paragraph.  If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts.  At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein.   The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7, formerly Rule 108(h) (which is the same as rule 56.1).  The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion.  LCvR 7(h), 56.1.

Date:   February 21, 2008

                                               /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge