UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS,
                Plaintiff,

     v.
                                       Case: 1:08-cv-00069(CKK)

ELAINE L. CHAO, SECRETARY
OF LABOR,
                Defendant.

## NOTICE OF FILING

Defendant Elaine L. Chao, Secretary of the U.S. Department of Labor, by and through undersigned counsel, hereby gives notice of filing the Certified Administrative Record in this case. The certification of the record by the Office of Labor-Management Standards, U.S. Department of Labor and an index of the record are appended to this document. Because of the lengthy record, Defendant has filed on a CD an index of the record, docketing information, copies of unique comments submitted during the comment period; copies of a representative sample of form letters submitted as comments during the comment period (discussed below); other written material related to the rule at issue; and the proposed, final, and corrected rules as published in the Federal Register.

Over 1000 comments were received during the comment period. About 94 per cent of the comments were form letters based on three models. A representative sample of each of these models is included on the CD.

Duplicates of the CD have been served upon Plaintiff's counsel.

Copies of all the documents have been publicly available.

DATED: February 29, 2008            Respectfully submitted,

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

RICHARD G. LEPLEY
Assistant Branch Director, Civil Division,
Federal Programs Branch

 _/s/ Tara M. La Morte_
TARA M. La MORTE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7326
Washington, D.C.  20530
Telephone:  (202) 514-1275
Facsimile:   (202) 616-8202
Email: tara.lamorte@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that copies of the Notice of Filing, Certification of Administrative Record, Index to the Administrative Record (and CDs containing such record) have been served this 29th day of February 2008 upon counsel for plaintiff: James B. Coppess, 815 16th Street, N.W., Washington, D.C. 2006.  Service was made by Federal Express.

        Respectfully submitted,

         /s/ Tara M. La Morte
        TARA M. La MORTE
        Trial Attorney
        Civil Division, Federal Programs Branch
        United States Department of Justice
        20 Massachusetts Ave., N.W., Room 7326
        Washington, D.C.  20530
        Telephone:  (202) 514-1275
        Facsimile:   (202) 616-8202
        Email: tara.lamorte@usdoj.gov

        *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS,

                            **Plaintiff,**

      v.                                Case: 1:08-cv-00069 (CKK)

ELAINE L. CHAO, SECRETARY
OF LABOR,

                            **Defendant.**

### CERTIFICATION OF ADMINISTRATIVE RECORD

I, Beverly E. Walker, in my official capacity as Chief, Division of Interpretations and Standards, Office of Labor-Management Standards, U.S. Department of Labor, do hereby certify that I have legal custody and control of the records and documents constituting the administrative record in the above-captioned case. I have prepared a true and complete index of the records and documents constituting the administrative record, which is attached hereto.

                                                BEVERLY E. WALKER
                                                Chief
                                                Division of Interpretations and Standards
                                                Office of Labor-Management Standards,
                                                U.S. Department of Labor
                                                200 Constitution Avenue, N.W.
                                                Washington, D.C. 20210

February 15, 2008

Index of the Administrative Record[1]
Regarding the Final Rule revising 29 CFR Part 404
Labor Organization Officer and Employee Reports
Implementing the
Labor-Management Reporting and Disclosure Act of 1959,
29 U.S.C. § 401, *et seq.*, 72 FR 36106-36190

**1 – 1014    Comments on the Notice of Proposed Rulemaking**[2]

| # | Code | Date Received | Name | Title | Organization | Type |
|---|------|---------------|------|-------|--------------|------|
| 1 | unique | 09/14/2005 | Brown, Timothy A | Intl President | Masters, Mates & Pilots | union |
| 2 | unique | 09/23/2005 | Moter, Lawrence R, Jr. | Exec Director | NECA | union |
| 3 | unique | 09/20/2005 | Needles, Kurt | CPA | Needles & Assoc, LLC | business/trade |
| 4 | unique | 08/31/2005 | Novak, Joseph | | | individual |
| 5 | unique | 10/03/2005 | Glynn, Brian | | | individual |
| 6 | unique | 10/11/2005 | Fine, William | Exec Director | National Alliance for Worker and Employer Rights | business/trade |
| 7 | unique | 10/12/2005 | Marcoux, Jeffrey | Reg. Director | UBC | union |
| 9 | form | 10/20/2005 | Weber, Robert E. | | IBEW LU 94 | union |
| 55 | unique | 10/26/2005 | Romolo, Joe | CPA | Romolo CPA | business/trade |
| 56 | unique | 10/26/2005 | Trider, Christopher | | Augusta Electrical Joint Apprenticeship and Training Council | union |

---

[1] This index also serves as an index to the CD, which comprises the administrative record in this rulemaking as filed with the court in *American Federation of Labor and Congress of Industrial Organizations v. Chao*, 1:08-cv-00069 (D.D.C.).

[2] For each entry in this list, the CD includes a reproduction of the numbered comment. The list contains each unique comment filed during the comment period (about 62) and one sample of each of the three form letters, which in total comprised about 94 percent of all comments received. (*See* comments numbered 9, 294, and 970 for these samples). Additional information for each comment listed (and the same information for the form comments not separately listed) may be found in the docketing document (no. 1019). This information for each comment includes the address of each individual or entity submitting the comment and its method of submission (mail, email, or fax).

| | | | | | | |
|---|---|---|---|---|---|---|
| 125 | unique | 10/26/2005 | McClaughry, John | President | Ethan Allen Institute | Thinktank |
| 294 | form | 01/12/2006 | Mayer, James A. | | | individual |
| 459 | unique | 01/12/2006 | Trigg, R.S. | | | individual |
| 784 | unique | 01/12/2006 | Gladney, Ronald C. | Attorney | Bartley Goffstein, LLC | law firm |
| 947 | unique | 01/25/2006 | Armstrong, James | | | individual |
| 952 | unique | 01/26/2006 | Bohrer, Robert A. | Attorney | Ekman, Bohrer & Thulin, PS | law firm |
| 953 | unique | 01/26/2006 | Lipton, Mark Hanley | Attorney | Lipton Hallbauer | law firm |
| 954 | unique | 01/26/2006 | Wilson, Michael | CEO | International Foundation of Employee Benefit Plans | business/trade |
| 956 | unique | 01/26/2006 | Miller, Clinton III | Attorney | United Transportation Union | union |
| 957 | unique | 01/26/2006 | Griffin, Richard | Attorney | International Union of Operating Engineers | union |
| 959 | unique | 01/26/2006 | McCarron, Douglas J. | General President | United Brotherhood of Carpenters & Joiners of America | union |
| 960 | unique | 01/26/2006 | Szymanski, Patrick J. | Attorney | Change to Win | union |
| 961 | unique | 01/26/2006 | Brislin, Joseph | Attorney | TOC Practical HR Solutions | business/trade |
| 962 | unique | 01/26/2006 | Miller, Mary D. | Vice President, Human Resources | Edison Electric Institute | business/trade |
| 963 | unique | 01/26/2006 | Macfarland, Scott | Management Chairman | Western LAMPAC - IBEW & Utilities Management | business/trade |
| 964 | unique | 01/26/2006 | Holsman, Thomas | | ACG California | business/trade |
| 965 | unique | 01/26/2006 | (unsigned) | | Legacy Professionals LLP CPA | business/trade |
| 966 | unique | 01/26/2006 | Koetter, Melvin J. | | | individual |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 968 | unique | 01/26/2006 | Vanek, James F. | Attorney | Laner Muchin | law firm |
| 969 | unique | 01/26/2006 | Behrens, Pamela | Senior Director of Benefits | Trinity Industries | business/trade |
| 970 | form | 01/26/2006 | Stilwell, Dave | Assistant to the President | SEIU Local 1877 | union |
| 974 | unique | 01/26/2006 | Wallbaum, Linda | Attorney | Sales, Tillman, Wallbaum, Catlett & Satterly, PLLC | law firm |
| 975 | unique | 01/26/2006 | Compton, Kathron | Chief External Affairs Officer | Society for Human Resources Management | business/trade |
| 976 | unique | 01/26/2006 | O'Connel, Jerry | Attorney | O'Donoghue & O'Donoghue, LLP | law firm |
| 977 | unique | 01/26/2006 | Flynn, John J. | President | International Union of Bricklayers and Allied Craftworkers | union |
| 978 | unique | 01/26/2006 | Gold, Denise S. | Assoc. General Counsel, Labor & Employment Law | Associated General Contractors of America | business/trade |
| 979 | unique | 01/26/2006 | Podesta, Mary P. | Senior Director of Senior Counsel, Pension Regulation | Investment Company Institute | business/trade |
| 980 | unique | 01/26/2006 | O'Sullivan, Terrence M. | General President | Laborer's International Union of North America | union |
| 981 | unique | 01/26/2006 | Hiatt, Jonathan P. | Attorney | AFL-CIO | union |
| 982 | unique | 01/26/2006 | Scully, John C. | Staff Attorney | National Right to Work Committee | business/trade |
| 983 | unique | 01/26/2006 | Johnson, Randel K. | Vice President, Labor, Immigration, & Employee Benefits | U.S. Chamber of Commerce | business/trade |
| 984 | unique | 01/26/2006 | Wilson, Phillip B. | Vice President - General Counsel | Labor Relations Institute, Inc. | business/trade |
| 985 | unique | 01/26/2006 | Bleier, Lisa J. | Senior Trust Counsel | American Bankers | business/trade |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Association | |
| 986 | unique | 01/26/2006 | DeFrehn, Randy G. | Executive Director | National Coordinating Committee for Multiemployer Plans | business/trade |
| 987 | unique | 01/26/2006 | Saxon, Stephen M. | Attorney | Groom Law Group | law firm |
| 988 | unique | 01/26/2006 | Romolo, Joe | CPA | Romolo CPA | business/trade |
| 990 | unique | 01/26/2006 | Jungbauer, William G. | Attorney | Yaeger, Jungbauer & Barczak | law firm |
| 991 | unique | 01/26/2006 | Allen, Kirk M. | CPA | | individual |
| 992 | unique | 01/26/2006 | Dowd, J. Peter | Attorney | Dowd, Bloch & Bennett | law firm |
| 993 | unique | 01/26/2006 | Lund, John | Ph.D | University of Wisconsin, Madison School for Workers and Department of Industrial Engineering | academic |
| 994 | unique | 01/26/2006 | Hunnibell, Mark L. | | Allied Pilots Association | individual |
| 995 | unique | 01/26/2006 | Shales, Pat | Administrative Manager | Fox Valley Laborers Health & Welfare Fund/Pension Fund | business/trade |
| 996 | unique | 01/26/2006 | Marco, Jack | Chairman | Marco Consulting Group | business/trade |
| 1003 | unique | 01/16/2006 | Snope, Andy | Trustee | IBEW 292/Minneapolis Chapter of NECA | benefit fund |
| 1004 | unique | 01/16/2006 | Fisher, Stanley | | | individual |
| 1005 | unique | 01/17/2006 | Valenty, Robert | Administrator | UA Local 7 Benefit Funds | benefit fund |
| 1006 | unique | 01/17/2006 | Fitzgerald, Mike | | IBEW Local 134 | union |
| 1007 | unique | 01/17/2006 | Magarik, Larry | Attorney | Kennedy, Jennik & Murray, P.C. | law firm |
| 1008 | unique | 01/23/2006 | Joos, Ken | President | American Benefit Corporation | Third party admin. |
| 1009 | unique | 01/23/2006 | Bunnell, Fred | Account Executive | American Benefit Plan Administrators | business/trade |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1010 | unique | 01/23/2006 | Ewing, Michael P. | JD | United Actuarial Services | business/trade |
| 1011 | unique | 01/26/2006 | Williams, Bob | President | Evergreen Freedom Foundation | business/trade |
| 1012 | unique | 01/26/2006 | Batliner, Theresa | CPA | Cotton Allen | business/trade |
| 1013 | unique | 01/26/2006 | Troop 237 | | | individual |
| 1014 | unique | 01/26/2006 | Boldt, Michael | Attorney | Ice Miller | law firm |

## **1015 – 1023   Other Record Documents**[3]

1015   Notice of Proposed Rulemaking, published August 29, 2005

1016   Extension of Comment Period, published October 24, 2005

1017   Final Rule, published July 2, 2007

1018   Correction to Final Rule, published July 13, 2007

1019   Index to all Comments received on NPRM (Excel spreadsheet used to assign docket numbers)

1020    SF 83-1 OMB PRA Supporting Statement (July 11, 2007)

1021   Submission of Federal Rules Under Congressional Review Act, Submitted to President of the Senate, Speaker of the House of Representatives, and the General Accounting Office (July 2, 2007)[4]

1022   OMB Action on Control Number 1215-0188 (December 20, 2007)

1023   Index of the Administrative Record

---

[3]  In the course of this rulemaking, the Department also considered various publicly available materials.  These materials were cited in the Notice of Proposed Rulemaking and the Preamble to the Final Rule.  They comprised judicial decisions, legislative history of Acts of Congress, Federal Register volumes, commercially published books and articles, among other items.

[4]  As required, the rule was submitted to the House, Senate and the General Accounting Office.  The OMB form entitled, "Submission of Federal Rules Under the Congressional Review Act" accompanied each of the three submissions.  One sample of that form is included.