IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR )
AND CONGRESS OF INDUSTRIAL )
ORGANIZATIONS )
)
)
Plaintiff, )
)
) Case No. 1:08-cv-00069 (CKK)
v. )
)
HILDA L. SOLIS, Secretary, )
United States Department of Labor, )
)
Defendant. )
_____)

## JOINT STATUS REPORT

On March 26, 2009, the Court granted the parties' Joint Motion to Stay Proceedings and ordered the parties to file a Joint Status Report on or before July 23, 2009, and every 120 days thereafter during the pendency of the stay. The parties hereby jointly submit this report to update the Court as to the status of the Department of Labor's consideration of the policy and legal issues posed by its Form LM-30 regulation at issue in this action. The parties respectfully request that the stay remain in effect until further notice, with the parties providing status reports every 120 days.

1. The Complaint in this matter challenges a rule published by defendant on July 2, 2007, which put into effect a new version of a Department of Labor form entitled "Labor Organization Officer and Employee Report, Form LM-30." 72 Fed.Reg.36106.

2. On March 25, 2009, the parties filed a Joint Motion to Stay Proceedings after

the defendant announced that it would publish in the Spring 2009 Semi-Annual Regulatory Agenda a notice of intended rulemaking to revise the Form LM-30. The defendant further announced that it did not consider it to be a good use of resources to bring enforcement actions based upon a failure to use the LM-30 Form being challenged in this case. Instead, the defendant would allow filers to use either the new form or the old Form LM-30, which is not being challenged, for 2008 reports.

3.   On March 26, 2009, the Court granted the Parties' Joint Motion to Stay Proceeding, and ordered the parties to inform the Court of the status of the case no later than July 23, 2009, and every 120 days thereafter during the pendency of the stay. On July 21, 2009, the parties filed their initial Joint Status Report with the Court. On July 30, 2009, the Court ordered the parties to file their Joint Status Report on November 20, 2009.

4.   A noted as in the Parties' Joint Motion to Stay Proceedings and their initial Joint Status Report, the defendant has allowed filers to use either the Form LM-30 prescribed by the 2007 rule or the "old form" for reports. Additionally, the defendant published in the spring 2009 Semi-Annual Regulatory Agenda a notice that it is considering a rulemaking proposing to revise the Form LM-30.

5.   Defendant held a stakeholder meeting on July 21, 2009, to solicit public comment on changes that might be made to the new Form LM-30. The Department invited comment on all aspects of the Form LM-30, including the following issues, many of which are raised in the instant action:

- the layout of the form and instructions;
- the de minimis threshold, which exempts reporting under a minimal dollar

amount, including its application in connection with participation in "widely attended gatherings;"

- the definition of "labor organization employee," as it relates to union stewards;
- the "bona fide employee exception," as it relates to union leave/no docking payments;
- the reporting of payments and interests to a union officer from an employer or a business whose relationship is with unions affiliated with the union in which an individual is an officer or employee;
- the reporting of loans from financial institutions; and
- the scope of Form LM-30 reporting under section 202(a)(6) of the LMRDA, 29 U.S.C. § 432(a)(6), particularly concerning the classification of trusts and labor organizations as employers.

Plaintiff's representatives, along with other individuals and groups that have expressed interest in the Form LM-30 rule, attended the meeting. Comments were received on the above identified issues and other aspects of the Form LM-30.

6.  The Department continues to work towards a proposed rule to revise the Form LM-30. The Department anticipates that in early December it will be publishing in the Federal Register its Fall 2009 Semi-Annual Regulatory Agenda in which it will provide the Department's estimated publication date for the proposed revision to the Form LM-30.

7.  In light of the matters set forth above, the parties respectfully request that the Court maintain its stay of this case.

Dated: November 18, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

JUDRY L. SUBAR
Assistant Director
Federal Programs Branch

JEAN-MICHEL VOLTAIRE (NY Bar)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Rm 6126
Washington, D.C. 20530
Telephone: (202) 616-8211
Facsimile: (202) 616-8460
jean.michel.voltaire@usdoj.gov

*Attorneys for Defendant*

by Jean Michel Voltaire with permission
JAMES B. COPPESS
(D.C. Bar # 347427)
815 Sixteenth Street, NW
Washington, DC 20006
(202) 637-5337
jcoppess@aflcio.org

LEON DAYAN
(D.C. Bar # 444144)
805 Fifteenth Street, NW
Washington, DC 20005
(202) 842-2600
ldayan@bredhoff.com

*Attorneys for Plaintiff*