IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>        Plaintiff,<br><br>        v.<br><br>HILDA L. SOLIS, Secretary, United States Department of Labor,<br><br>        Defendant. | Case No. 1:08-cv-00069 (CKK) |

## JOINT STATUS REPORT

On March 26, 2009, the Court granted the parties' Joint Motion to Stay Proceedings and ordered the parties to file a Joint Status Report on or before July 23, 2009, and every 120 days thereafter during the pendency of the stay. The parties hereby jointly submit this report to update the Court as to the status of the Department of Labor's consideration of the policy and legal issues posed by its Form LM-30 regulation at issue in this action. The parties respectfully request that the stay remain in effect until further notice, with the parties providing status reports every 120 days.

1.     The Complaint in this matter challenges a rule published by defendant on July 2, 2007, which put into effect a new version of a Department of Labor form entitled "Labor Organization Officer and Employee Report, Form LM-30." 72 Fed.Reg.36106.

2. On March 25, 2009, the parties filed a Joint Motion to Stay Proceedings after the defendant announced that it would publish in the Spring 2009 Semi-Annual Regulatory Agenda a notice of intended rulemaking to revise the Form LM-30. The defendant further announced that it did not consider it to be a good use of resources to bring enforcement actions based upon a failure to use the LM-30 Form being challenged in this case. Instead, the defendant allowed filers to use either the new form or the old Form LM-30, which is not being challenged, for 2008 and 2009 reports.

3. On March 26, 2009, the Court granted the Parties' Joint Motion to Stay Proceedings, and ordered the parties to inform the Court of the status of the case no later than July 23, 2009, and every 120 days thereafter during the pendency of the stay. On July 21, 2009, the parties filed their initial Joint Status Report with the Court and filed four others on November 18, 2009, March 11, 2010, July 7, 2010, and November 2, 2010. On November 2, 2010, the Court ordered the parties to file their Joint Status Report by March 2, 2011.

4. As noted in the Parties' Joint Motion to Stay Proceedings and their subsequent Joint Status Reports, the defendant has allowed filers to use either the Form LM-30 prescribed by the 2007 rule or the "old form" for reports. Additionally, the defendant published in the spring 2009 Semi-Annual Regulatory Agenda a notice that it is considering a rulemaking proposing to revise the Form LM-30.

5. Defendant held a stakeholders meeting on July 21, 2009, to solicit public comment on changes that might be made to the new Form LM-30. The Department invited comment on all aspects of the Form LM-30, and plaintiff's representatives, along with other individuals and groups that have expressed interest in the Form LM-30 rule, attended the

meeting.

6. The Department continues to work towards a proposed rule to revise the Form LM-30. A proposed rule was published on August 10, 2010. 75 Fed. Reg. 48416. The comment period on the proposed rule closed on October 12, 2010. In the Fall 2010 Semi-Annual Regulatory Agenda that was published on December 20, 2010, the Department estimates that a final rule will be published by the end of July 2011. The Regulatory Agenda is published on the internet at www.reginfo.gov/public/do/eAgendaMain.

7. In light of the matters set forth above, the parties respectfully request that the Court maintain its stay of this case.

Dated: February 23, 2011                                Respectfully submitted,

                                                        TONY WEST
                                                        Assistant Attorney General

                                                        RONALD C. MACHEN, JR.
                                                        United States Attorney

                                                        JUDRY L. SUBAR
                                                        Assistant Director
                                                        Federal Programs Branch

                                                           /s/Jean-Michel Voltaire
                                                        JEAN-MICHEL VOLTAIRE (NY Bar)
                                                        Trial Attorney
                                                        U.S. Department of Justice, Civil Division
                                                        Federal Programs Branch
                                                        20 Massachusetts Ave., N.W., Rm 6126
                                                        Washington, D.C.  20530
                                                        Telephone: (202) 616-8211
                                                        Facsimile: (202) 616-8460
                                                        jean.michel.voltaire@usdoj.gov

*Attorneys for Defendant*

/s/James B. Coppess
JAMES B. COPPESS
(D.C. Bar # 347427)
815 Sixteenth Street, NW
Washington, DC 20006
(202) 637-5337
jcoppess@aflcio.org


LEON DAYAN
(D.C. Bar # 444144)
805 Fifteenth Street, NW
Washington, DC 20005
(202) 842-2600
ldayan@bredhoff.com


*Attorneys for Plaintiff*